**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| King Ann McCarthy,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services, LLC., et al.,<br><br>Defendants. | Case No. 2:26-2956-RMG<br><br>**Order** |

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge recommending that Plaintiff's motions to proceed in forma pauperis be denied. (Dkt. No. 15). Objections to the R&R were due by October 2, 2026. Plaintiff did not file any objections to the R&R.

On September 15, 2026, the Magistrate Judge issued an R&R recommending that the Court deny Plaintiff's motions to proceed IFP. The R&R indicates that Plaintiff has monthly income of at least $3,409.82 (four weeks of take-home salary plus one month of disability benefits), checking and savings of at least $1,213.88, and that Plaintiff's expenses total roughly $2,788 monthly. The R&R concluded that because Plaintiff's income "well exceeds" her monthly expenses, and given that Plaintiff has over $500 in financial accounts, she does not appear to be indigent and should pay the filing fee in this action. (Dkt. No. 15 at 1-4).

After a careful review of the R&R, the Court finds that the Magistrate Judge ably addressed the issues and correctly concluded that Plaintiff is not indigent. (*Id.* at 3-4) (articulating standard to proceed IFP and concluding that requiring Plaintiff to pay $405 fee would not render Plaintiff destitute or force Plaintiff to "forego any basic human needs"); (*Id.* at 4) (noting that "requiring

economic decisions about filing lawsuits does not deny access to the courts" because persons "cannot file a lawsuit every time they suffer a real or imagined slight") (quoting *Roller v. Gunn*, 107 F.3d 227, 233 (4th Cir. 1997)).

Accordingly, the Court **ADOPTS** the R&R as the Order of the Court (Dkt. No. 15), denies Plaintiff's motions to proceed in forma pauperis (Dkt. Nos. 2, 8), and orders that Plaintiff pay the full filing fee of $405.00 within 21 days of this order. If the fee is not paid within this time, Plaintiff's case will be dismissed.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 5, 2026
Charleston, South Carolina